IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00087–N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRIAN BROOKS,

    Defendant.

---

**ORDER**

---

    Upon consideration of Defendant's Motion (#31) to reduce his sentence, it is

    **ORDERED** that the Government shall respond to Defendant's filing, as supplemented, no later than April 25, 2008.

    Dated this 1st day of April, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge