AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:   05-cr-00087-PAB-01 |
| BRIAN BROOKS | ) | USM No:  33293-013 |
| | ) | Raymond P. Moore, FPD |
| Date of Previous Judgment:  May 23, 2008 | ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❏ the Director of the Bureau of Prisons   ❏  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

       ❏ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    151 months                   as to Count Two **is reduced to** 120 months<u>    </u> as to each of Counts One and Two, to be served concurrently.

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 25 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range:   151   to   188   months | | Amended Guideline Range:   120   to   137   months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X**  The reduced sentence is within the amended guideline range.

❏  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❏  Other *(explain)*:

## III.  ADDITIONAL COMMENTS


Except as provided above, all provisions of the judgment dated   August 22, 2005,   shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   November 22, 2011 | s/Philip A. Brimmer |
| | *Judge's signature* |
| | |
| Effective Date: | Philip A. Brimmer, United States District Judge |
| *(if different from order date)* | *Printed name and title* |